AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Nugent, Robert E. | 2. Court or Organization<br><br>District of Kansas | 3. Date of Report<br><br>03/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>104 U.S. Courthouse<br>401 North Market<br>Wichita, Kansas 67202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Kansas University Alumni Association Wichita Network |
| 2. | Advisory Board Member | Wichita YMCA East Branch |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/18 | ▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankr. Judges | 10/29-10/1/2018 | San Antonio, TX | NCBJ Annual Meeting | lodging |
| 2. | Kansas City Bankr. Bar Assoc. | 1/19/18 | Kansas City, KS | Judges Roundtable | travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   R/O IRA #1 (H) | | | | | | | | | |
| 2.   --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | J | T | | | | | |
| 3.   --Am Funds Growth F of Am | A | Int./Div. | | | Buy | 06/13/18 | J | | |
| 4. | | | | | Sold | 12/20/18 | J | A | |
| 5.   --American HI Trust #2 | A | Int./Div. | L | T | Buy | 01/03/18 | L | | |
| 6. | | | | | Sold | 02/09/18 | L | A | |
| 7. | | | | | Buy | 04/12/18 | L | | |
| 8. | | | | | Sold | 06/07/18 | L | A | |
| 9. | | | | | Buy | 11/07/18 | L | | |
| 10.   --BlackRock HY Bond | A | Int./Div. | K | T | Buy | 01/03/18 | K | | |
| 11. | | | | | Sold | 02/09/18 | K | A | |
| 12. | | | | | Buy | 04/12/18 | K | | |
| 13. | | | | | Sold | 10/05/18 | J | A | |
| 14. | | | | | Buy | 11/07/18 | K | | |
| 15.   --Columbia HY Bond | A | Int./Div. | K | | Buy | 01/03/18 | K | | |
| 16. | | | | | Sold | 02/09/18 | K | A | |
| 17. | | | | | Buy | 04/12/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 02/09/18 | J | A | |
| 19. | | | | | Buy | 04/12/18 | J | | |
| 20. | | | | | Sold | 10/05/18 | J | A | |
| 21. | | | | | Buy | 11/07/18 | K | | |
| 22. --JP Morgan HY Bond | A | Int./Div. | K | | Buy | 01/03/18 | L | | |
| 23. | | | | | Sold | 02/09/18 | L | A | |
| 24. | | | | | Buy | 04/12/18 | L | | |
| 25. | | | | | Sold | 10/05/18 | J | A | |
| 26. | | | | | Buy | 11/07/18 | K | | |
| 27. --Northern HY Fixed Inc | A | Int./Div. | K | T | Buy | 01/03/18 | L | | |
| 28. | | | | | Sold | 02/09/18 | L | A | |
| 29. | | | | | Buy | 04/12/18 | L | | |
| 30. | | | | | Sold | 10/05/18 | J | A | |
| 31. | | | | | Buy | 11/07/18 | K | | |
| 32. --TIAA-CREF HY Fund | A | Int./Div. | L | T | Buy | 01/03/18 | L | | |
| 33. | | | | | Sold | 02/09/18 | L | A | |
| 34. | | | | | Buy | 04/12/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/05/18 | J | A | |
| 36. | | | | | Buy | 11/07/18 | L | | |
| 37. --Horizon Active Asset | A | Int./Div. | J | T | Buy | 06/13/18 | K | | |
| 38. | | | | | Sold (part) | 12/20/18 | J | A | |
| 39. --William Blair Small Mid Cap Grth | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 40. --Core Fixed Income | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 41. --Davis Global Fund | A | | | | Buy | 06/13/18 | J | | |
| 42. | | | | | Sold | 12/10/18 | J | A | |
| 43. --Federated Strat Income | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 44. | | | | | | | | | |
| 45. --Oakmark Internat | A | Int./Div. | | | Buy | 06/13/18 | J | | |
| 46. | | | | | Sold (part) | 08/14/18 | J | A | |
| 47. | | | | | Sold | 12/07/18 | J | A | |
| 48. --PIMCO Income | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 49. --IShares TR Russell | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 50. --IShares TR Core MISC | B | Int./Div. | | | Buy | 06/13/18 | J | | |
| 51. | | | | | Sold | 08/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --SPDR S&P 600 Small Cap | A | Int./Div. | J | T | Buy | 08/14/18 | J | | |
| 53.  Roth IRA | | | | | | | | | |
| 54.  --United Development Funding IV | A | Int./Div. | J | T | | | | | |
| 55.  R/O IRA #2 (H) | | | | | | | | | |
| 56.  --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 57.  --American Funds Fundamental Inv. | C | Int./Div. | K | T | | | | | |
| 58.  --American Funds Growth | C | Int./Div. | K | T | | | | | |
| 59. | | | | | | | | | |
| 60.  --AmFunds Income Fund America | B | Int./Div. | K | T | | | | | |
| 61. | | | | | | | | | |
| 62.  Simple IRA #1 (H) | | | | | | | | | |
| 63.  --American Funds as below: | | | | | | | | | |
| 64.  --American Mutual Fund A | B | Int./Div. | J | T | Buy (add'l) | 09/10/18 | J | | |
| 65. | | | | | | Buy (add'l) | 09/17/18 | J | | |
| 66. | | | | | | Buy (add'l) | 10/08/18 | J | | |
| 67. | | | | | | Buy (add'l) | 11/05/18 | J | | |
| 68. | | | | | | Buy (add'l) | 12/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --American Mutual Fund C | A | Int./Div. | K | T | | | | | |
| 70. --Fundamental Investors | B | Int./Div. | J | T | Buy (add'l) | 07/09/18 | J | | |
| 71. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 72. --Capital Income Builder | B | Int./Div. | K | T | | | | | |
| 73. --Growth Fund of America A | A | Int./Div. | J | T | Buy | 05/10/18 | J | | |
| 74. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 75. --Growth Fund America C | B | Int./Div. | K | T | | | | | |
| 76. --Capital World Growth | A | Int./Div. | K | T | Buy (add'l) | 01/09/18 | J | | |
| 77. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 78. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 79. | | | | | | | | | |
| 80. Emprise Bank Cash Accounts | A | Interest | J | T | | | | | |
| 81. CrossFirst Bank Cash Accounts | B | Interest | M | T | | | | | |
| 82. Citizens Bank Saving | A | Interest | J | T | | | | | |
| 83. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | | | | | |
| 84. Vanguard MMA | A | Dividend | J | T | | | | | |
| 85. Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 87. Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 88. Realty LLC | G | Distribution | K | U | | | | | |
| 89. Emerald Farms | D | Distribution | M | R | Buy | 03/28/18 | M | | |
| 90. Bulls & Bears Investment Club (H)--see Part VIII | | | | | | | | | |
| 91. --Alphabet A | A | Int./Div. | J | T | | | | | |
| 92. --Alphabet C | A | Int./Div. | J | T | | | | | |
| 93. --Amazon | A | Int./Div. | J | T | Sold (part) | 11/10/18 | J | | |
| 94. --Apple | A | Int./Div. | J | T | | | | | |
| 95. --Amgen | A | Int./Div. | J | T | | | | | |
| 96. --Bank of America | A | Int./Div. | J | T | | | | | |
| 97. --Boeing | A | Int./Div. | J | T | Buy | 01/10/18 | J | | |
| 98. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 99. --Dow Dupont | A | Int./Div. | J | T | Buy | 12/10/18 | J | | |
| 100. --General Dynamics | A | Int./Div. | J | T | | | | | |
| 101. --Ishares Emerg Mkt | A | Int./Div. | | | Sold | 09/10/18 | J | | |
| 102. --Northrup Grumman | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --OKTA Inc | A | Int./Div. | J | T | Buy | 12/10/18 | J | | |
| 104. --Phillips 66 | A | Int./Div. | J | T | | | | | |
| 105. --Spirit Aviation | A | Int./Div. | J | T | Buy (add'l) | 06/10/18 | J | | |
| 106. --Union Pacific | A | Int./Div. | J | T | | | | | |
| 107. --Williams Co | A | Int./Div. | J | T | Sold (part) | 04/10/18 | J | | |
| 108. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7--Lines 53 and 54--UDF Stock transferred from R/O IRA #1 to Roth IRA 6/15/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544